# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>EDY ANTONIO, JR.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. **CR 25-70539-MAG**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 21, 2025 in the county of Monterey in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422(b) | Attempted coercion and enticement of a minor to engage in criminal sexual conduct<br><br>PENALTIES: Mandatory imprisonment of 10 years to life; mandatory supervised release term of 5 years to life; maximum $250,000 fine; mandatory special assessment of $5,100 ($100 special assessment under 18 U.S.C. § 3013 and $5,000 special assessment under 18 U.S.C. § 3014(a)(3)); potential restitution and forfeiture. |

This criminal complaint is based on these facts:

See attached Affidavit of Davis Mendelsohn, a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI).

☑ Continued on the attached sheet.

Approved as to form  M.C.
AUSA  Chang

/s/
*Complainant's signature*

S.A. Davis Mendelsohn
*Printed name and title*

Sworn to before me by telephone.

Date: 5/13/2025 1:50 p.m.

*Judge's signature*

City and state: San Jose, California

Hon. Nathanael Cousins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF THE SECOND AMENDED CRIMINAL COMPLAINT

I, Davis Mendelsohn, being duly sworn, state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Edy ANTONIO Jr. ("ANTONIO") with one count of using or attempting to use a means of interstate commerce to persuade, induce, entice, or coerce a minor to engage in prostitution, in violation of Title 18, United States Code, Section 2422(b), on April 21, 2025.

2. This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts in this affidavit are based on my personal observations, my training and experience, records and reports, and information provided to me by other law enforcement officials and witnesses. All times in this affidavit are approximate.

## AFFIANT BACKGROUND

3. I have been a special agent (SA) with Homeland Security Investigations (HSI), the investigative component of the United States Department of Homeland Security's Immigration and Customs Enforcement (ICE), since January 2019. I am currently assigned to HSI's Office of the Resident Agent in Charge in Monterey, California. As part of my daily duties, I investigate violations of federal laws related to the sexual exploitation of children. Prior to my employment with HSI, beginning in June 2016, I was a sworn investigator with the California Department of Motor Vehicles (DMV). While employed with the DMV, I conducted investigations related to a variety of criminal and administrative offenses.

4. Throughout my law enforcement career, I have received training on conducting criminal investigations as well as searches and seizures. In 2017, I completed a 24-week-long basic police academy in California, and in 2019, I completed the Criminal Investigator Training Program

1

and HSI Special Agent Training program, a total of 26 weeks of training, at the Federal Law Enforcement Training Center in Brunswick, Georgia. Since becoming a federal law enforcement officer, I have written probable cause affidavits in support of multiple federal search warrants and criminal complaints for cases involving the sexual exploitation of children.

5.   Further, in April 2022, I attended a week-long training, hosted by the Silicon Valley Internet Crimes Against Children Task Force, on acting in an undercover capacity on the internet to investigate child exploitation offenses. Additionally, in April 2024, I attended a four-day training provided by HSI on the same subject matter. Both trainings covered undercover communications with targets of child exploitation investigations. I have led and participated in multiple investigations during which I acted in an undercover capacity on the internet to investigate child exploitation offenses.

## APPLICABLE STATUTES

6.   This investigation concerns an alleged violation of Title 18, United States Code, Section 2422(b).[1]  The Ninth Circuit Jury Instructions Section 20.29 provide the following elements, as applicable to the instant alleged violation:

   a.   First, on April 21, 2025, the defendant used the mail or other means of facility of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce an individual to engage in prostitution;

   b.   Second, the defendant believed that the individual was under the age of 18;

---

[1] 18 U.S.C. § 2422(b) states: "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

c.  Third, that if the sexual activity had occurred, any person could have been charged with a criminal offense under the laws of the United States or the State of California;

d.  And fourth, the defendant did something that was a substantial step toward committing the crime.

*See* Manual of Model Criminal Jury Instructions for the District Courts of the Ninth Circuit (2022 Edition; updated March 2025).

## FACTS SUPPORTING PROBABLE CAUSE

SUMMARY

7.  On April 21, 2025, an undercover HSI agent posted an advertisement on a website dedicated to promoting commercial sex services. The advertisement contained images of what appeared to be two young females. When ANTONIO responded to the advertisement, an undercover HSI agent told him the females featured in the advertisement were 12 and 14 years old. Throughout the course of his text communications with the undercover agent, ANTONIO arranged to pay $500 to have unprotected sex with the purported children. Thereafter, ANTONIO traveled to the planned meeting location in Salinas, California, a city within the Northern District of California.

THE INITIAL ADVERTISEMENT

8.  On April 21, 2025, at approximately 11:08 AM, while acting in an undercover capacity, I posted an advertisement on a website used to promote commercial sex services (hereinafter "Website A"). The advertisement indicated the poster was in the area of Salinas, California, contained images of what appeared to be two young females,[2] listed their ages as "99," and listed a contact

---

[2] The individuals featured in the advertisement's images and the image I subsequently sent to ANTONIO were portrayed to ANTONIO as 14-year-old and 12-year-old girls, but in reality, are adult employees of a law enforcement agency. The two individuals had their faces blocked with emojis, a small digital image/icon.

phone number monitored by law enforcement. The title of the advertisement read: "TIGHT and FRESH and ready for FUN!!" The body of the post contained the following text:

Traveling thru town, cum get us while u can!! 😙😙

2 pretty lil flowers that are ready to bloom 🌻

ask about Spring specials and a double discount 🌸 😊 🌸

NO BULLSHIT 🚫

NO COPS 🚫

100% independent ✅

9. Based on my training and experience, I know that Website A is known for promoting prostitution. While Website A requires users to be at least 18 years old, it has been used to advertise commercial sex acts with both adults and children. As such, the above-described advertisement was targeted toward individuals interested in paying for sex with minors. More specifically, the word "cum," along with "NO COPS," indicates to the reader that sex is being advertised for sale. Additionally, the phrases "tight," "fresh," and "pretty lil flowers that are ready to bloom" – in conjunction with the photos described herein – indicate to the reader that the sex being advertised is with young girls.

UNDERCOVER COMMUNICATIONS WITH ANTONIO

10. On the same day, at approximately 12:00 PM, an individual later identified as Edy ANTONIO Jr. used a specific phone number (hereinafter "Phone Number 1") to text the phone number listed in the advertisement (hereinafter the "UC Phone"), "Hello! What are your rates and services? & have any recent pics aside from the post online." After approximately two minutes, ANTONIO called the UC Phone and left a 19-second voicemail that was silent aside from him saying, "Hello?" Approximately one minute later, ANTONIO called again but did not leave a voicemail. ANTONIO then sent two question marks to the UC Phone via text message.

11. At 12:05 PM, using the UC Phone and acting in an undercover capacity, I wrote, "Hey love." This was the first response to ANTONIO over the UC Phone.[3] I then stated, "I got couple young and fresh. [First Name 1[4]] 14yo and [First Name 2] 12yo. One hour is $400 w both or $300 for 1." I also informed ANTONIO the pictures featured in the advertisement were recent. In response, ANTONIO asked, "Did you get the ages wrong?" I replied, "No thats why im so protective about pics."

12. At 12:08 PM, ANTONIO asked me if I was "selling these girls" and whether I was "part of any law enforcement." In response to the first question, I asked ANTONIO, "Lol what else is [abbreviation for Website A] for??" and further added "No im not. Are u??" to ANTONIO's inquiry about whether I was part of law enforcement. ANTONIO responded, "What is [abbreviation for Website A]?" I stated, "The place u saw my ad," then sent ANTONIO Website A's full name.

13. At 12:10 PM, ANTONIO messaged, "Got it. Have a couple more pictures then?" I replied, "There are 3 pics on the ad. What more do u want? I need to protect them cause theyre young," then added, "I cant be putting their faces out there." In response, ANTONIO specified, "I dont need the face but just the body and stuff. Have like google meet or something to verrify." I stated I could provide a picture of "them holding up fingers or whatever," then said, "If youre not interested thats fine. We have plenty of customers lined up."

14. At 12:17 PM, ANTONIO requested a "Pic with thumbs up." ANTONIO then asked if the girls were "doing it willingly or unwillingly." I responded, "Are u gonna make them feel good??" ANTONIO responded, "Yahh i will," then added, "So pic." I then sent ANTONIO a picture of a

---

[3] All substantive communication between law enforcement and ANTONIO until his arrest occurred via text message.

[4] I have omitted names and specific locations in this affidavit.

young female giving the camera a "thumbs up" sign. ANTONIO ("EA" in the following transcript) and I ("UC" in the following transcript) then exchanged the following messages:

> **UC:** Sorry just one.. the other is busy
> **EA:** How old is this one?
> **UC:** 14
> **UC:** Did u get the pic?
> **EA:** Yahh. Okay i can do the 14. Where at?
> **UC:** What time? Do u want both?
> **EA:** I can do both. What time do you have
> **UC:** The 12yo is busy now for the pic. Wont be busy later
> **EA:** Around what time

15.     At 12:30 PM, after receiving no reply to his last message, ANTONIO sent me two question marks. I then asked ANTONIO if he was free all day, and ANTONIO stated he was free until approximately 2:00 PM. I clarified, "U want to meet before 2?" ANTONIO replied, "Yes. So like right now or before 2." Less than five minutes later, after receiving no response, ANTONIO again sent me two question marks. Then, beginning at 12:49 PM, ANTONIO and I exchanged the following messages:

> **UC:** How long u want?
> **UC:** And both??
> **EA:** Yes for both
> **UC:** How long?? The full hour?
> **EA:** Hr
> **UC:** And what services u want?
> **UC:** Services?? Sry just trying to juggle everyone lol
> **EA:** What services are available
> **UC:** Full service[5] w condom is $400 for both girls

---

[5] Based on my training and experience, "full service," in the context of human trafficking investigations, refers to sexual intercourse, including penetrative sex.

6

|  |  |
|---|---|
| **UC:** | $450 for no condom |
| **UC:** | GFE[6] is a lil extra |
| **EA:** | How much is the gfe and no condom for? |
| **UC:** | HJ BJ[7] only is $250 for both girls |
| **UC:** | $450 full service w out condom |
| **UC:** | GFE no condom $500 for both |
| **EA:** | Ill do 500. & how many times can i cum in the hr session |
| **UC:** | As many times as u want lol |
| **EA:** | Okay then. Address |

16. At 1:05 PM, to reassure me he was "not a cop," ANTONIO sent me a selfie-style picture of himself. Shortly after, I told ANTONIO we could meet at 1:45 PM and that I would give him the address soon. I then asked ANTONIO if he was in Salinas. ANTONIO wrote he was in Salinas and asked if we could meet earlier.

17. At 1:28 PM, ANTONIO wrote he had to leave Salinas by 2:30 PM. ANTONIO then wrote, "& send me the address so i can start driving and ill be there by 145." Approximately five minutes later, after receiving no response, ANTONIO sent me two question marks. Shortly after, I sent ANTONIO the address to a Starbucks that shares a parking lot with a hotel, then stated, "U can meet here."

ANTONIO'S ARRIVAL TO THE MEETING LOCATION

18. At 1:37 PM, ANTONIO wrote he was approximately five minutes away from the meeting location. Minutes after, ANTONIO clarified he was in a "white car." By this time, multiple

---

[6] Based on my training and experience, "GFE," in the context of human trafficking investigations, stands for "girlfriend experience." This is similar to "full service," but is expected to be more intimate and include reciprocal sexual pleasure.

[7] Based on my training and experience, I know "HJ" is short for "hand job" and that "BJ" is short for "blow job." These terms refer to sexual activity involving an individual's hands and/or mouth and sex organs. In the human trafficking context, as this activity does not necessarily include penetration, it typically costs less than penetrative sex.

7

Salinas Police Department (SPD) law enforcement officers and I were in the shared parking lot of the Starbucks and hotel to conduct surveillance.

19. At 1:42 PM, ANTONIO wrote, "Im here." Less than one minute later, after receiving no response, ANTONIO sent me two question marks. Shortly later, after receiving no response, ANTONIO repeated, "Im here." I later reviewed video footage that captured ANTONIO's vehicle entering the parking lot of the Starbucks and hotel. The footage shows ANTONIO conducting what appears to be countersurveillance in the parking lot by driving around the perimeter of the hotel. Based on my knowledge, training, and experience, upon arriving to a meeting location, offenders often look for law enforcement.

20. At 1:45 PM, I asked ANTONIO where he parked. About one minute later, ANTONIO stated, "I just parked." I again asked ANTONIO where he parked and whether he was in a car or a truck, and ANTONIO responded, "Your asking to many questions. Its making me question that your a cop." ANTONIO expanded, "I am parked close to starbucks thats all i can say," then asked, "Where are you?" Around this time, officers conducting surveillance observed a white Honda Odyssey parked near Starbucks. Officers determined the sole male occupant, later identified as ANTONIO, looked similar to the male in the selfie-style image ANTONIO sent earlier that day. Government records identified ANTONIO as the registered owner of the Honda.

21. At 1:48 PM, I wrote, "Ok lol u can just come up to the room," specifying, "303 at the hotel right there." ANTONIO replied, "And you are not a cop or affiliated with any law enforcement right." After I stated I was not, ANTONIO replied, "How can you reassure me that you are not." I then told ANTONIO I had already reassured him, adding, "I sent the pics." ANTONIO replied, "Just one you did." Around this time, after I provided ANTONIO with the room number for the "hotel right there," I and SPD officers conducting surveillance observed the white Honda Odyssey relocate from its parking spot near the Starbucks to a parking spot in front of and closer to the hotel's lobby.

8

22.     At 1:50 PM, ANTONIO called the UC Phone, and I did not answer. ANTONIO then messaged, "Can you send me another?" This was the last message ANTONIO sent to the UC Phone. A short time later, SPD officers began to effectuate his arrest. During this process, ANTONIO took over 30 seconds to exit his vehicle. Once ANTONIO exited his car, SPD officers arrested him and identified him by his California driver's license. When an SPD officer searched ANTONIO incident to arrest, the officer located exactly $500 in his pants pocket. Officers then located ANTONIO's phone and wallet inside his car. When I called and sent a text message to Phone Number 1, I did not observe any notifications appear on the phone. As described further below, I later discovered notifications did not appear on ANTONIO's phone because as SPD officers began to effectuate his arrest, he deleted the third-party messaging application he used to message the UC Phone.

INTERVIEW OF ANTONIO

23.     ANTONIO provided a post-*Miranda* statement. Based on my limited involvement in the interview and my review of the entire recording of the interview, I learned the following:

   a.     ANTONIO originally stated he was at Starbucks to get coffee on his way to work in Monterey, California. For almost two hours, ANTONIO denied being at the Starbucks or hotel parking lot to pay money in exchange for commercial sex services with children. ANTONIO claimed not to know how someone else obtained a selfie-style image of him and sent it to the undercover agent. When ANTONIO viewed the image, he admitted it was him.

   b.     According to ANTONIO, he is a respiratory therapist who works with patients of all ages at two local hospitals (one in Salinas and one in Monterey). ANTONIO confirmed multiple times during the interview he was on his way to work in Monterey on the day of the arrest. ANTONIO agreed the Starbucks in question was out of the way in relation to the most logical routes he could take from his house to work in Monterey. However, ANTONIO

9

claimed he was used to going to that specific Starbucks since he also works at a hospital in Salinas.

   c. ANTONIO eventually admitted he was in the hotel parking lot to exchange money for sex with both the 12-year-old girl and the 14-year-old girl. Multiple times, ANTONIO stated he was "curious" after seeing the advertisement on Website A. At one point in the interview, ANTONIO stated, "I'd just like to say I'm sorry. Um, I can't take back what I did, but I can learn from it. Um, I'm happy it's not, it's not real, that these girls aren't being sold real, but I know it's happening out there, especially in the third-world countries."

   d. ANTONIO stated Phone Number 1 was associated with a specific third-party text messaging application. ANTONIO admitted to deleting the application from his phone when SPD officers in marked police cars contacted him to arrest him in the parking lot. Based on my knowledge, training, and experience, third-party messaging applications can be downloaded, used, and deleted via the internet. Third-party messaging applications use the internet[8] to permit users, such as ANTONIO, to communicate using a proxy phone number.

   e. ANTONIO told investigators that "full service" means "everything," including "sex." An investigator asked ANTONIO, "Was that your intention of trying to meet those girls?" ANTONIO stated it was his initial intention. The investigator then asked, "You agreed to pay $500 to receive full service from both girls, correct? A 12-year-old and 14-year-old?" ANTONIO replied, "Yeah," then said he did not plan to stay for a full hour, as he was running late to work.

---

[8] Based on my training and experience, I know that the internet is a global network of computers, which is a means and facility of interstate commerce. I also know Website A is viewable outside of the State of California.

10

JAIL CALLS

24. After his arrest, ANTONIO made multiple phone calls on a recorded jail phone. ANTONIO called a woman who, based on government and commercial records and the context of the phone calls, was identified as ANTONIO's long-time romantic partner (hereinafter "Person 1") A portion of one such call is provided below:

    a. On April 21, 2025, at 8:27 PM, ANTONIO called Person 1. During the call, ANTONIO told Person 1, "I was trying to do a good deed, and I got fucking arrested."

ANTONIO expanded:

> I got a phone number. Somebody messaged me, like, [*inaudible*], like, trying to sell me, like, like adolescents, kids, right? So I was like, "What the hell?" So I messaged them back in hoping to like, you know, see if I can get their address and I can call 911, but then when they gave me the address, I went there, and next thing you know, I got fucking arrested. And now they're charging me for pedophile and all that bullshit.

## CONCLUSION

25. Based on my knowledge, training, experience, and the facts set forth in this affidavit, I respectfully submit there is probable cause to believe Edy ANTONIO Jr. violated Title 18, United States Code, Section 2422(b), while in Salinas, California, a city within the Northern District of California, on April 21, 2025. Therefore, I request that the court issue a criminal complaint and an accompanying arrest warrant for ANTONIO.

//

//

//

11

26. I swear the foregoing is true and correct to the best of my knowledge, information, and belief.

_____/s/_____
DAVIS MENDELSOHN
Special Agent
Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to FED. R. CRIM. P. 4.1 and 4(d) on this _13_ day of May 2025.

_____
HON. NATHANAEL COUSINS
United States Magistrate Judge

12